IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

NORMA I SANTANA FELICIANO

XXX-XX-9363

Debtor(s)

CASE NO. 11-01795 EAG

Chapter 13

FILED & ENTERED ON 09/13/2013

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor(s)' request for reconsideration of the order dismissing the instant case (docket entry #42).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 13 day of September, 2013.

Edward A Godoy
U.S. Bankruptcy Judge

C: all creditors