IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

NORMA I SANTANA FELICIANO

XXX-XX-9363

Debtor(s)

CASE NO. 11-01795 EAG
Chapter 13

FILED & ENTERED ON 09/13/2013

## ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor(s)' motion under 11 USC § 1329 to confirm the amended plan dated 08/20/2013 (docket entry # 43). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

IT IS SO ORDERED.

Ponce, Puerto Rico, this 13 day of September, 2013.

Edward A Godoy
U. S. Bankruptcy Judge

C: DEBTOR(S)
MADELINE SOTO PACHECO
ALEJANDRO OLIVERAS RIVERA